UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Charlottesville Division

**Manuel Yat-Sacul**,

    Plaintiff,

  v.

**Williams Tree Service, LLC**,
and **Gregory T. Williams**,

    Defendants

Case No.: 3:19-cv-3

## Dismissal With Prejudice

    No party having filed an answer or a motion for summary judgment, Plaintiff hereby dismisses this matter with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/ Nicholas Cooper Marritz
Nicholas Cooper Marritz (VA Bar No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
T: (703) 720-5607
F: (703) 778-3454
E: nicholas@justice4all.org

Date: February 22, 2019

*Counsel for Plaintiff Manuel Yat-Sacul*

## Certificate of Service

I certify that I filed this Dismissal with Prejudice via the Court's CM/ECF system, which will cause all counsel of record to be served with a notice of electronic filing and a link to the document. I also mailed a copy to each Defendant at their addresses below today via U.S. Mail.

**Williams Tree Service, LLC**
Gregory T. Williams, Registered Agent
309 Ben Venue Rd.
Flint Hill, Va. 22627

**Gregory T. Williams**
309 Ben Venue Rd.
Flint Hill, Va. 22627

Respectfully submitted,

/s/ Nicholas Cooper Marritz                     Date: February 22, 2019
Nicholas Cooper Marritz (VA Bar No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
T: (703) 720-5607
F: (703) 778-3454
E: nicholas@justice4all.org

*Counsel for Plaintiff Manuel Yat-Sacul*